**Richard GRICE, Petitioner,**

v.

**STATE of Florida, Respondent.**

**Case No. 5D16–3466**

District Court of Appeal of Florida, Fifth District.

Opinion filed December 2, 2016

Richard Grice, Panama City, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the July 15, 2016 order denying Petitioner's pro se motion for post-conviction relief filed in Case No. 2011–034946–CFAES, in the Circuit Court

in and for Volusia County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

COHEN, BERGER and EDWARDS, JJ., concur.